CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
OCT - 5 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROQUE ESCOBAR-HERNANDEZ, | ) | Civil Action No. 7:12-cv-00435 |
|     Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By:    Jackson L. Kiser |
| MR. ZYCH, <u>et al.</u>, | ) | Senior United States District Judge |
|     Defendant(s). | ) | |

ROQUE ESCOBAR-HERNANDEZ, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,</u> 403 U.S. 388 (1971). By Order entered September 13, 2012, the court directed plaintiff to comply within ten (10) days from the date of the Order conditions. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than eighteen (18) days have elapsed, and plaintiff has failed to comply with the described conditions set forth in Order. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of October, 2012.

                                                  /s/ Jackson L. Kiser
                                                  Senior United States District Judge