CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
OCT -5 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROQUE ESCOBAR-HERNANDEZ, )<br>    Plaintiff, ) | Civil Action No. 7:12-cv-00435 |
| )<br>v. ) | **DISMISSAL ORDER** |
| )<br>MR. ZYCH, et al., )<br>    Defendant(s). ) | By:  Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 5th day of October, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge